IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRUNO GARCIA, on behalf of himself and all other persons similarly situated, known and unknown, ) ) ) ) | |
| Plaintiff, ) | Case No. 15-CV-10361 |
| v. ) ) | Judge: Durkin |
| ) | |
| CHINATOWN BUFFET, INC., and SHI TAN ZHENG, individually, ) ) ) | |
| Defendants. ) | |

## NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFF

PLEASE TAKE NOTICE that Plaintiff Bruno Garcia, through his counsel, hereby voluntarily dismisses this lawsuit, in its entirety, *without prejudice* and without costs to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Plaintiff further requests that the Court retain jurisdiction to enforce the parties' settlement agreement upon motion filed by Plaintiff on or before August 29, 2016. Absent a motion brought by Plaintiff to enforce the settlement agreement, the dismissal of this matter without prejudice shall convert to a dismissal *with prejudice* on August 30, 2016.

Dated: February 15, 2016  Respectfully submitted,

s/Douglas M. Werman
One of Plaintiff's Attorneys

Douglas M. Werman – dwerman@flsalaw.com
Maureen A. Salas – msalas@flsalaw.com
Sarah J. Arendt – sarendt@flsalaw.com
Zachary C. Flowerree – zflowerree@flsalaw.com
Werman Salas P.C.
77 West Washington Street, Suite 1402
Chicago, Illinois 60602
312-419-1008